THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILLIP P. COMBS & JAMIE COMBS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>Defendant. | No.: 3:22-cv-5684-TMC<br><br>JOINT MOTION FOR RELIEF FROM A DEADLINE **AND ORDER**<br><br>HEARING DATE: SEPTEMBER 19, 2023 |

## I. INTRODUCTION

Pursuant to the Court's instruction and the local civil rules, the parties jointly ask the Court to allow one deposition to be taken after the September 29, 2023 discovery cutoff. LCR 7(j); LCR 10(g); Dkt. # 25, p. 2:7-2:9. For the reasons set forth below, good cause exists for this minimal change to the case schedule.

## II. FACTUAL BACKGROUND

On August 24, 2023, Plaintiffs' counsel first sent a request for Defendant's Rule 30(b)(6) deposition. The discovery cutoff was, at the time, on September 15, 2023 (Court's minute entry of April 4, 2023); it has since been moved to September 29, 2023. Dkt. # 25, p. 1:22.

JOINT MOTION FOR RELIEF FROM A DEADLINE AND ORDER
NO.: 3:22-CV-5684-TMC

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Plaintiffs' Rule 30(b)(6) notice listed 19 topics, some with subparts.  The parties held a conference, as Rule 30(b)(6) requires, on September 13, 2020, to discuss Defendant's objections to, and requests for clarification of, the topics.  Counsel came to an agreement on most topics and is in the process of addressing the remaining disputes cooperatively, if possible.

Defendant will need to prepare three different persons as corporate designees, which takes a considerable amount of time.  Each witness must review relevant documents and events, draw on individual knowledge and obtain fluency in corporate knowledge, and meet with counsel to prepare.  Preparation takes at least 2.5 weeks because the witnesses are full-time employees with their usual responsibilities at (and outside of) work.

In the meantime, the parties have scheduled mediation for October 18, 2023.

### III.  AUTHORITY

The parties seek the Court's authority to schedule the Rule 30(b)(6) deposition after the discovery cutoff.  The standard is good cause.  Dkt. # 25, p. 2:8-2:9.

This request is not prompted by a lack of diligence or cooperation.  Plaintiffs' request for Defendant's corporate deposition was not untimely, but time is a factor.  Plaintiffs made the request later in the discovery period.  The parties then had to confer about the topics before Defendant could correctly designate witnesses.  At least three persons are needed to address the multiple topics Plaintiffs identified. Each witness needs to prepare, which takes several weeks at least.

Additionally, the parties are scheduled to mediate the matter on October 18, 2023. Statistically and practically, the parties have a realistic chance of settling the case with the mediator's assistance.  Certainly, the chances of settling increase if the parties can focus on out-of-court resolution, rather than adversarial activities, during the weeks leading up to mediation.  The expenses of preparing for and taking the Rule 30(b)(6) deposition could be minimized, or avoided completely, if Plaintiffs schedule this deposition *after* the mediation.

JOINT MOTION FOR RELIEF FROM A DEADLINE AND ORDER   PAGE 2
NO.: 3:22-CV-5684-TMC

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Finally, trial is set for February 20, 2023. Setting one deposition after the discovery cutoff will not likely impact this trial date.

## I. AUTHORITY

For these reasons, the parties jointly ask the Court for relief from a deadline, the discovery cutoff, for the purpose of completing a single deposition.

DATED: September 19, 2023

BASTION LAW, PLLC

By /s/ Jesse Froehling
Jesse Froehling, WSBA #47881
E-mail: jesse@bastion.law
Dan McLafferty, WSBA #45243
E-mail: dan@bastion.law

Attorneys for Plaintiffs

BULLIVANT HOUSER BAILEY PC

By /s/ Pamela J. DeVet
Pamela J. DeVet, WSBA #32882
E-mail: pamela.devet@bullivant.com
Mia Stigler, WSBA #60125
E-mail: mia.stigler@bullivant.com

Attorneys for Defendant Nationwide Insurance Company of America

## **ORDER**

It is so ordered.

DATED this 19th day of September, 2023.

Tiffany M. Cartwright
United States District Court Judge

JOINT MOTION FOR RELIEF FROM A DEADLINE AND ORDER    PAGE 4
NO.: 3:22-CV-5684-TMC

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930