HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILLIP P. COMBS & JAMIE COMBS, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>　　　　　Defendant. | No.: 3:22-cv-5684-TMC<br><br>JOINT MOTION FOR EXTENSION OF CASE DEADLINES FOR PARTICULAR PURPOSES<br><br>NOTE ON MOTION CALENDAR:<br>October 11, 2023 |

## I. INTRODUCTION

Pursuant to the Court's instruction and the local civil rules, the parties jointly request that the Court amend the case scheduling order to provide time to address new evidence Plaintiffs disclosed late in the discovery period and after the discovery deadline. Fed. R. Civ. P. 16(b); LCR 7(j); LCR 10(g); Dkt. # 25, p. 2:7-2:9.  Good cause exists to amend the case schedule to complete the particular activities identified below and to change the trial date.

## II. FACTUAL BACKGROUND

Plaintiffs supplemented their initial disclosures on September 12, 2023.  At that date, the discovery cutoff was about two weeks later, on September 29, 2023.  Dkt. # 25.

JOINT MOTION FOR EXTENSION OF CASE DEADLINES FOR PARTICULAR PURPOSES
NO.: 3:22-CV-5684-TMC

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

In their September 12 supplemental disclosures, Plaintiffs referred to three estimates by three contractors they had not previously disclosed. Plaintiffs attached one of the estimates to the initial disclosure but did not attach the other two. On October 9, 2023, Plaintiffs provided the other two estimates, stating they had inadvertently omitted them from the September 12 disclosure. These two estimates were prepared in or around August 2022, and Defendant does not waive the argument that they have been improperly withheld and untimely disclosed. However, the parties are deferring any discovery disputes on these points for the present. The parties' planned mediation is going forward on October 18, 2023, and they agree that adversarial activities should be minimized before the mediation date to avoid unnecessary expense.

The parties conferred, and Plaintiffs agreed with Defendant's request to jointly ask the Court to extend deadlines to address Plaintiffs' new witnesses and new damages evidence. Additionally, to have a fair opportunity to address the new evidence, trial – currently set for February 20, 2024 – needs to be reset.

The extensions requested are these:

A. Extension of the **expert disclosure deadline** to **January 18, 2024**, so Defendant can disclose expert(s) to address the three new estimates.

B. Extension of the **discovery deadline** to **March 18, 2024**, for these specific activities:

   1. Depositions of Plaintiffs' three new contractor witnesses;
   2. Continued depositions of Plaintiffs regarding the newly-disclosed evidence; and
   3. Complete the Rule 30(b)(6) deposition of nonparty Wilderness Roofing, whose designee was not properly prepared to answer questions on the topic of "repairs completed, repairs needed."
   4. Site visit of Plaintiffs' property by defense construction expert(s).

JOINT MOTION FOR EXTENSION OF CASE DEADLINES FOR PARTICULAR PURPOSES
NO.: 3:22-CV-5684-TMC

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

C. Extension of the **summary judgment deadline** to **April 18, 2024** because the new evidence may affect either party's arguments, making some of them moot if the parties file motions to meet the current October 23 deadline.

### III.  AUTHORITY

Once a district court has filed a pretrial scheduling order pursuant to Fed. R. Civ. P. 16, that rule's standards control. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607-08 (9th Cir. 1992). As such, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  Where Plaintiffs produced key evidence for the first time after the expert disclosure deadline expired and approximately two weeks before the discovery cutoff, good cause exists to allow Defendant additional time to meet this evidence.

Under the standard articulated by the Ninth Circuit, the good cause necessary to modify a scheduling order "primarily considers the diligence of the party seeking the amendment." *Johnson*, 975 F.2d at 609.  "Good cause" means scheduling deadlines cannot be met despite a party's diligence.  *Id.* (citations omitted).  Defendant cannot meet the expert disclosure deadline because Plaintiff produced all the evidence at issue after that deadline. Defendant cannot meet the discovery deadline because Plaintiffs produced some of the evidence after the deadline and some of it with too little time left in the discovery period to complete the necessary tasks.  Defendant has been asking Plaintiffs for damages evidence since November 2022, the first opportunity to obtain discovery in this case.  Plaintiffs do not dispute that Defendant has acted diligently in trying to address Plaintiffs' claims for damages.

### IV.  CONCLUSION

For these reasons, the parties jointly ask the Court to amend the case schedule for the particular purposes set forth above.

JOINT MOTION FOR EXTENSION OF CASE DEADLINES FOR PARTICULAR PURPOSES
NO.: 3:22-CV-5684-TMC

PAGE 3

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: October 12, 2023

ROBERT D. BOHM, PLLC

By */s/ Robert D. Bohm*
Robert D. Bohm, WSBA #42703
E-mail: rdbohm@premisesinjurylaw.com

*~and~*

BASTION LAW, PLLC

By */s/ Jesse Froehling*
Jesse Froehling, WSBA #47881
E-mail: jesse@bastion.law
Dan McLafferty, WSBA #45243
E-mail: dan@bastion.law

**Attorneys for Plaintiffs**

BULLIVANT HOUSER BAILEY PC

By *Pamela J. DeVet*
Pamela J. Devet, WSBA #32882
E-mail: pamela.devet@bullivant.com
Mia Stigler, WSBA #60125
E-mail: mia.stigler@bullivant.com

**Attorneys for Defendant Nationwide Insurance Company of America**

JOINT MOTION FOR EXTENSION OF CASE DEADLINES FOR PARTICULAR PURPOSES
NO.: 3:22-CV-5684-TMC

PAGE 4

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

## ORDER

It is so ordered. The Clerk is directed to issue a new scheduling order based on a new trial of August 12, 2024.

DATED this 12th day of October, 2023.

_____
Tiffany M. Cartwright
United States District Court Judge

JOINT MOTION FOR EXTENSION OF CASE DEADLINES FOR PARTICULAR PURPOSES
NO.: 3:22-CV-5684-TMC

PAGE 5

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930